IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN JOSE CASTRO, <br> (Reg. #14441-179) <br><br> Plaintiff, <br><br> vs. <br><br> HARRIS COUNTY JAIL, *et al.,* <br><br> Defendants. | § § § § § § § § § § § CIVIL ACTION H-05-0002 |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, the federal claims asserted in this case by the plaintiff, Juan Jose Castro, are dismissed with prejudice. The state-law claims are dismissed without prejudice.

SIGNED on August 22, 2007, at Houston, Texas.

Lee H. Rosenthal
United States District Judge